# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ANDREW R. DEWING AND SALLY A. DEWING, | : | No. 753 MAL 2015 |
| | : | |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| ABARTA OIL & GAS CO., INC., | : | |
| TALISMAN ENERGY USA, INC., AND | : | |
| RANGE RESOURCES APPALACHIA, | : | |
| LLC, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 2nd day of May, 2016, the Petition for Allowance of Appeal is **DENIED**.